|  |  |
|---|---|
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF ISAAC H. MARKS TO THE BAR OF MARYLAND | * IN THE<br>* <br>* SUPREME COURT<br>* OF MARYLAND<br>* Misc. Docket AG No. 30<br>* September Term, 2022<br>* |

## ORDER

Upon consideration of Isaac H. Marks' Petition for Reinstatement and Bar Counsel's consent to the petition for reinstatement, it is this 16th day of December 2022, by the Supreme Court of Maryland,

ORDERED that the Petition is GRANTED; and it is further

ORDERED that Isaac H. Marks is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Isaac H. Marks upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk